IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GAVAGHAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-6389 |
| SAYED BIBI SAID and SOUTHLAND CORP., | : | |
| Defendants. | : | |

**AND NOW**, this 14th day of June, 2013, upon consideration of the "Motion for Sanctions" filed by Defendants, Sayed Bibbi Said and Southland Corporation ("Defendants") (Doc. No. 16), against Plaintiff, John Gavaghan ("Plaintiff"), to which Plaintiff has not filed a response, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE