**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN GAVAGHAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 12-6389 |
| | : | |
| SAYED BIBI SAID | : | |
| and | : | |
| SOUTHLAND CORP., | : | |
| | : | |
| Defendants. | : | |
| | : | |

     **AND NOW**, this   14th  day of June, 2013, upon consideration of the "Motion for

Sanctions" filed by Defendants, Sayed Bibi Said and Southland Corporation ("Defendants")

(Doc. No. 16), against Plaintiff, John Gavaghan ("Plaintiff"), to which Plaintiff has not filed a

response, it is hereby **ORDERED** that the Motion is **GRANTED**.  It is **FURTHER ORDERED**

that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE**.


BY THE COURT:


 /s/ Robert F. Kelly                                    
ROBERT F. KELLY
SENIOR JUDGE