IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GAVAGHAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 12-6389 |
| SAYED BIBI SAID and SOUTHLAND CORP., | : | |
| Defendants. | : | |

**AND NOW**, this 3rd day of July, 2013, upon consideration of the "Motion for Reconsideration" (Doc. No. 20) filed by Plaintiff, John Gavaghan, and the Response filed by Defendants, Sayed Bibbi Said and Southland Corporation, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE